UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIANNA SOROPOULOS,

                Plaintiff,                22 **CIVIL** 8688 (RWL)

      -against-                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated December 06, 2023, pursuant to sentence four of 42 U.S.C. § 405(g), Soropoulos's motion is GRANTED, and the Commissioner's motion is DENIED. The Clerk of Court is directed to remand the case. On remand, the ALJ must consider whether absenteeism due to Soropoulos's impairments would have rendered her disabled. Further, the ALJ must request medical source opinion from at least a consulting doctor. Finally, the ALJ must confirm whether the record contains medical records from Soropoulos's radiation treatment, and, if not, seek to obtain them.

**Dated:** New York, New York
           December 06, 2023

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                                  **BY:**
                                                          **Deputy Clerk**